**LB&C**

Meredith D. Belkin
Associate
mbelkin@lbcclaw.com

Writer's Direct Dial
(516) 837-7386

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

February 10, 2015

**VIA ECF**
The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

           Re:    *Neogenix Oncology, Inc. v. Peter Gordon, et al.*
                   Case No. 14 CV 4427 (JFB)

Dear Judge Bianco:

      Pursuant to our conversation with the Court by telephone today, we understand it is acceptable to the Court for defendants to file and serve their reply briefs on February 17 in light of the Presidents' Day holiday on February 16.

                                    Respectfully yours,

                                    L'ABBATE, BALKAN, COLAVITA
                                              & CONTINI, L.L.P.

                                              Meredith D. Belkin

MDB:rsg