# Exhibit A

**Neogenix Oncology, Inc. Privilege Log**

| Doc ID | Parent | File Ext | Date | Sender/Author | To | CC | File Name/Email Subject | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1002977 | 1002977 | MSG | 02/15/11 | Emily Olsen | amartin@neogenix.com; danjscher@neogenix.com; parlen@neogenix.com; pgordon@neogenix.com | MezaS@gtlaw.com; simonj@GTLAW.com | 8-K Final | Email and attachment discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1003802 | 1003802 | MSG | 03/15/11 | Andy Bristol | abristol@neogenix.com; danjscher@neogenix.com; olsone@gtlaw.com; amartin@neogenix.com; pgordon@neogenix.com; parlen@neogenix.com | MezaS@gtlaw.com; simonj@GTLAW.com | RE 10-K Draft | Chain of emails involving Neogenix, GT and HW discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1065795 | 1003802 | DOC | 03/15/11 | Andy Bristol | | | #358814553v6_TCO_ - Neogenix draft 2010 Form 10-K shortversionAB.DOC | Neogenix comments to GT regarding draft SEC filing. | Attorney-Client |
| 1003828 | 1003828 | MSG | 03/11/11 | Ken Osborn | simonj@GTLAW.com | pgordon@neogenix.com | RE Beneficial Ownership of Stock | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to the beneficial ownership of stock. | Attorney-Client |
| 1003833 | 1003833 | MSG | 03/11/11 | Ken Osborn | pgordon@neogenix.com | | FW Beneficial Ownership of Stock | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to the beneficial ownership of stock. | Attorney-Client |
| 1003862 | 1003862 | MSG | 03/10/11 | Dan Scher | olsone@gtlaw.com | amartin@neogenix.com; kenosborn@neogenix.com; parlen@neogenix.com; pgordon@neogenix.com; MezaS@gtlaw.com; simonj@GTLAW.com | RE Updated 10-K | Chain of emails with attachments involving Neogenix and GT discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1066152 | 1003862 | PDF | 03/10/11 | Dan Scher | | | 2011_Form_10-K_DJS_Comments_3-10-2011.pdf | Scher's comments and questions to GT regarding draft of SEC filing. | Attorney-Client |
| 1003883 | 1003883 | MSG | 03/10/11 | Emily Olsen | danjscher@neogenix.com | amartin@neogenix.com; kenosborn@neogenix.com; parlen@neogenix.com; pgordon@neogenix.com; MezaS@gtlaw.com; simonj@GTLAW.com | Updated 10-K | Chain of emails with attachment involving Neogenix and GT discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1058582 | 1003883 | PDF | 03/10/11 | Emily Olsen | | | DVComparison_#358814553v5_TCO_ - Neogenix draft 2010 Form 10-K-#358814553v6_TCO_ - Neogenix draft 2010 Form 10-K.pdf | GT's comments to Neogenix regarding draft of SEC filing. | Attorney-Client |
| 1004123 | 1004123 | MSG | 02/15/11 | Emily Olsen | parlen@neogenix.com; amartin@neogenix.com; danjscher@neogenix.com; pgordon@neogenix.com | MezaS@gtlaw.com; simonj@GTLAW.com | Draft 8-K | Email and attachment discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |

**Neogenix Oncology, Inc. Privilege Log**

| Doc ID | Parent | File Ext | Date | Sender/Author | To | CC | File Name/Email Subject | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1323347 | 1323347 | MSG | 10/25/11 | Dan Scher | MezaS@gtlaw.com | olsone@gtlaw.com; simonj@GTLAW.com; parlen@neogenix.com; amartin@neogenix.com | Confidential Communication - Requested Memo | Chain of emails with attachments involving Neogenix and GT discussing GT's legal advice and services with respect to consulting agreements. | Attorney-Client |
| 1436984 | 1323347 | PDF | 10/25/11 | Dan Scher | | | GT_Memo_10-25-2011.pdf | October 25, 2011 memorandum from D. Scher to GT regarding consulting agreements. | Attorney-Client |
| 1323358 | 1323358 | MSG | 10/26/11 | Dan Scher | parlen@neogenix.com; olsone@gtlaw.com; amartin@neogenix.com; seq@bfgfinancial.com | MezaS@gtlaw.com; mgburress@neogenix.com | RE Neogenix Draft Q3 10-Q | Chain of emails with attachment involving Neogenix, GT and BFG discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1323382 | 1323382 | MSG | 10/26/11 | Dan Scher | MezaS@gtlaw.com; olsone@gtlaw.com; simonj@GTLAW.com | parlen@neogenix.com; amartin@neogenix.com; mgburress@neogenix.com; rwashington@neogenix.com | FW Confidential Informatin - Spreadsheets with information | Chain of emails with attachments involving Neogenix and GT requesting GT's legal advice and services with respect to stockholder equity. | Attorney-Client |
| 1323445 | 1323445 | MSG | 10/27/11 | Dan Scher | amartin@neogenix.com; rwashington@neogenix.com; parlen@neogenix.com | MezaS@gtlaw.com; simonj@GTLAW.com | RE Action items Today Meeting | Chain of emails involving Neogenix and GT requesting GT's legal advice and services with respect to action items for board meeting. | Attorney-Client |
| 1323465 | 1323465 | MSG | 10/27/11 | Dan Scher | amartin@neogenix.com; rwashington@neogenix.com; parlen@neogenix.com | MezaS@gtlaw.com; simonj@GTLAW.com | RE Action items Today Meeting | Chain of emails involving Neogenix and GT requesting GT's legal advice and services with respect to action items for board meeting. | Attorney-Client |
| 1323487 | 1323487 | MSG | 02/14/12 | Phillip Arlen | rifkenl@gtlaw.com; James Feldman; lkrominga@gmail.com; amartin@neogenix.com | MezaS@gtlaw.com | RE NeogenixInvestment Banker Interviews | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to investment bankers. | Attorney-Client |
| 1323497 | 1323497 | MSG | 02/13/12 | Mark Erickson | amartin@neogenix.com; MezaS@gtlaw.com | | RE Dan email search | Chain of emails involving Neogenix, GT and Tanner discussing GT's legal advice and services with respect to IRS related issues. | Attorney-Client |
| 1323620 | 1323620 | MSG | 10/27/11 | Dan Scher | simonj@GTLAW.com; olsone@gtlaw.com; amartin@neogenix.com | parlen@neogenix.com; MezaS@gtlaw.com | Latest Draft of the Q | Chain of emails involving Neogenix, GT and BFG discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1323661 | 1323661 | MSG | 02/10/12 | Phillip Arlen | rifkenl@gtlaw.com; James Feldman; lkrominga@gmail.com; amartin@neogenix.com | MezaS@gtlaw.com | RE NeogenixInvestment Banker Status Update | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to investment bankers and executed CDAs. | Attorney-Client |
| 1323718 | 1323718 | MSG | 10/28/11 | Stan Archibald | lkrominga@gmail.com; James Feldman; dholladay@pathnorth.com; tshriver@specialolympics.org; greened@redskins.com; bgause@mac.com; parlen@neogenix.com; myronarlen@yahoo.com | Albine Martin | NeoGenix D&O insurance proposal | Chain of emails with attachments involving Neogenix, GT, and Gardere discussing legal advice and services with respect to proposed D&O insurance. | Attorney-Client |

**Neogenix Oncology, Inc. Privilege Log**

| Doc ID | Parent | File Ext | Date | Sender/Author | To | CC | File Name/Email Subject | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1323754 | 1323754 | MSG | 10/29/11 | Albine Martin | MezaS@gtlaw.com | parlen@neogenix.com | Fw NeoGenix D&O insurance proposal | Chain of emails with attachments involving Neogenix, GT, and Gardere discussing legal advice and services with respect to proposed D&O insurance. | Attorney-Client |
| 1402662 | 1323754 | PDF | 10/19/11 | Albine Martin | | | NeoGenix Chart.pdf | Gardere's legal advice for Neogenix with respect to insurance. | Attorney-Client |
| 1323762 | 1323762 | MSG | 10/29/11 | Albine Martin | MezaS@gtlaw.com | parlen@neogenix.com | Reading for Neognix Board | Email discussing GT's legal advice and services with respect to finders and related issues. | Attorney-Client |
| 1323796 | 1323796 | MSG | 10/30/11 | Albine Martin | parlen@neogenix.com; MezaS@gtlaw.com | | BOARD CALL POINTS | Chain of emails involving Neogenix and GT requesting GT's legal advice and services with respect to board meeting. | Attorney-Client |
| 1323800 | 1323800 | MSG | 10/30/11 | Scott Meza | amartin@neogenix.com; parlen@neogenix.com | | Re BOARD CALL POINTS | Chain of emails involving Neogenix and GT requesting GT's legal advice and services with respect to board meeting. | Attorney-Client |
| 1323832 | 1323832 | MSG | 10/31/11 | Dan Scher | MezaS@gtlaw.com; simonj@GTLAW.com; olsone@gtlaw.com | parlen@neogenix.com; amartin@neogenix.com | What the application and disclosures should look like this | Chain of emails with attachments involving Neogenix and GT discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1323947 | 1323947 | MSG | 02/08/12 | Phillip Arlen | rifkenl@gtlaw.com; James Feldman; parlen@neogenix.com; lkrominga@gmail.com; amartin@neogenix.com | MezaS@gtlaw.com | Re NeogenixInvestment Banker Interviews---TIME SENSITIVE | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to interviews with investment bankers. | Attorney-Client |
| 1323952 | 1323952 | MSG | 02/08/12 | Norman Snyder | amartin@neogenix.com | | RE OCA CALL MONDAY 26-300pmEST | Chain of emails involving Neogenix, GT and Aronson discussing preparation for phone call with OCA. | Work Product |
| 1324033 | 1324033 | MSG | 02/07/12 | Marjorie Menzin | olsone@gtlaw.com | amartin@neogenix.com | FW Anne Gordon Sale of SharesOppenheimer letter | Email with attachment requesting GT's legal advice and services with respect to shareholder's sale of shares. | Attorney-Client |
| 1324052 | 1324052 | MSG | 11/01/11 | Albine Martin | JVP@BFGFinancial.com; mezas@gtlaw.com | parlen@neogenix.com | RE Eisner | Chain of emails involving Neogenix, GT and BFG requesting GT's legal advice and services with respect to SEC letter and issues related to finders. | Attorney-Client |
| 1324072 | 1324072 | MSG | 02/06/12 | Lawrence Rifken | amartin@neogenix.com | | Neogenix3 ibanks | Chain of emails between Neogenix and GT regarding GT's legal advice with respect to soliciting investment banks. | Attorney-Client |
| 1324077 | 1324077 | MSG | 11/01/11 | Jason Simon | parlen@neogenix.com; amartin@neogenix.com | MezaS@gtlaw.com | Attorney-Client Privileged - Draft Risk Factor | Email with attachment discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |

**Neogenix Oncology, Inc. Privilege Log**

| Doc ID | Parent | File Ext | Date | Sender/Author | To | CC | File Name/Email Subject | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1324104 | 1324104 | MSG | 11/01/11 | Albine Martin | simonj@GTLAW.com; parlen@neogenix.com | MezaS@gtlaw.com | RE Attorney-Client Privileged - Draft Risk Factor | Chain of emails with attachment involving Neogenix and GT discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1450285 | 1324104 | DOC | 11/01/11 | Albine Martin | | | 359379285_1.docakm.doc | Neogenix comments to GT regarding draft of SEC filing. | Attorney-Client |
| 1324191 | 1324191 | MSG | 02/03/12 | Phillip Arlen | simonj@GTLAW.com; amartin@neogenix.com | rifkenl@gtlaw.com; marjoriem@neogenix.com | RE shareholder letter | Chain of emails with attachment involving Neogenix and GT requesting GT's legal advice and services with respect to shareholder letter and SEC filing. | Attorney-Client |
| 1324206 | 1324206 | MSG | 02/03/12 | Phillip Arlen | simonj@GTLAW.com | amartin@neogenix.com; MezaS@gtlaw.com | RE 8-K | Chain of emails with attachment involving Neogenix and GT discussing GT's legal advice and services with respec to SEC filing. | Attorney-Client |
| 1324241 | 1324241 | MSG | 02/03/12 | Mark Erickson | amartin@neogenix.com | | RE Preparation for OCA Meeting | Chain of emails with attachment with GT discussing preparation and strategy for meeting with OCA. | Work Product |
| 1324257 | 1324257 | MSG | 11/02/11 | Jason Simon | parlen@neogenix.com; amartin@neogenix.com | MezaS@gtlaw.com | Revised Risk Factor - Attorney-Client Privileged | Chain of emails with attachment involving Neogenix and GT discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1402025 | 1324257 | PDF | 11/02/11 | Jason Simon | | | DVComparison_#359379285v1_TCO_ - Neogenix l Risk factor re_ SEC inquiry-#359379285v2_TCO_ - Neogenix l Risk factor re_ SEC inquiry.pdf | GT legal advice regarding draft of SEC filing. | Attorney-Client, Work Product |
| 1324283 | 1324283 | MSG | 02/03/12 | Beverly Godbey | amartin@neogenix.com | | Responses to the Notice of Circumstances | Email between Gardere and Neogenix with attachments discussing Gardere legal advice with respect to Notice of Circumstances. | Attorney-Client, Work Product |
| 1324285 | 1324285 | MSG | 02/03/12 | Beverly Godbey | amartin@neogenix.com | | FW NeoGenix 1370791 | Email with attachments discussing draft of notice of circumstances to Neogenix's carriers concerning SEC Inquiry. | Attorney-Client |
| 1324339 | 1324339 | MSG | 02/02/12 | Emily Olsen | amartin@neogenix.com | simonj@GTLAW.com | Albine Martin Indemnification Agreement | Email with attachment discussing GT's legal advice and services with respect to Al. Martin's indemnification agreement. | Attorney-Client |
| 1324369 | 1324369 | MSG | 11/02/11 | Dan Scher | amartin@neogenix.com; simonj@GTLAW.com; parlen@neogenix.com | MezaS@gtlaw.com | RE Revised Risk Factor - Attorney-Client Privileged | Chain of emails with attachment involving Neogenix and GT discussing GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1324401 | 1324401 | MSG | 02/02/12 | Phillip Arlen | rifkenl@gtlaw.com; James Feldman; MezaS@gtlaw.com | lkrominga@gmail.com; amartin@neogenix.com; simonj@GTLAW.com; MarcelinoJ@Gtlaw.com | RE Workshare Professional Document Distribution | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to shareholder letter and related issues. | Attorney-Client |

**Neogenix Oncology, Inc. Privilege Log**

| Doc ID | Parent | File Ext | Date | Sender/Author | To | CC | File Name/Email Subject | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1324436 | 1324436 | MSG | 02/02/12 | Phillip Arlen | James Feldman; parlen@neogenix.com | MezaS@gtlaw.com; lkrominga@gmail.com; amartin@neogenix.com; simonj@GTLAW.com; MarcelinoJ@gtlaw.com; rifkenl@gtlaw.com | Re draft Shareholder letter | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to shareholder letter. | Attorney-Client |
| 1324440 | 1324440 | MSG | 02/02/12 | Phillip Arlen | James Feldman; MezaS@gtlaw.com | lkrominga@gmail.com; parlen@neogenix.com; amartin@neogenix.com; simonj@GTLAW.com; MarcelinoJ@gtlaw.com; rifkenl@gtlaw.com | Re draft Shareholder letter | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to shareholder letter. | Attorney-Client |
| 1324448 | 1324448 | MSG | 11/03/11 | Dan Scher | parlen@neogenix.com; amartin@neogenix.com | MezaS@gtlaw.com; simonj@GTLAW.com; olsone@gtlaw.com | Draft Minutes | Email with attachments requesting GT's legal advice and services with respect to draft minutes. | Attorney-Client |
| 1324452 | 1324452 | MSG | 11/03/11 | Dan Scher | MezaS@gtlaw.com | parlen@neogenix.com; amartin@neogenix.com; simonj@GTLAW.com | Finders' fee issues - CONFIDENTIAL | Chain of emails involving Neogenix and GT requesting GT's legal advice and services with respect to communication from shareholder. | Attorney-Client |
| 1324481 | 1324481 | MSG | 11/03/11 | Dan Scher | MezaS@gtlaw.com | amartin@neogenix.com; parlen@neogenix.com; simonj@GTLAW.com | Confidential Communication | Chain of emails with attachments involving Neogenix and GT requesting GT's legal advice and services with respect to SEC filing. | Attorney-Client |
| 1324503 | 1324503 | MSG | 11/03/11 | Dan Scher | simonj@GTLAW.com; MezaS@gtlaw.com | amartin@neogenix.com; parlen@neogenix.com | RE Confidential Communication | Chain of emails involving Neogenix and GT discussing GT's legal advice with respect to SEC filing and issues related to finders. | Attorney-Client |
| 1324505 | 1324505 | MSG | 11/03/11 | Albine Martin | simonj@GTLAW.com; MezaS@gtlaw.com | parlen@neogenix.com | RE Confidential Communication | Chain of emails involving Neogenix and GT discussing GT's legal advice with respect to SEC filing and issues related to finders. | Attorney-Client |
| 1324507 | 1324507 | MSG | 11/03/11 | Scott Meza | amartin@neogenix.com; simonj@GTLAW.com | parlen@neogenix.com | RE Confidential Communication | Chain of emails involving Neogenix and GT discussing GT's legal advice with respect to SEC filing and issues related to finders. | Attorney-Client |
| 1324521 | 1324521 | MSG | 11/03/11 | Dan Scher | amartin@neogenix.com | parlen@neogenix.com | Rights Offering Memp | Email with attachment requesting GT's legal advice and services with respect to rights offering. | Attorney-Client |
| 1410710 | 1324521 | DOC | 11/03/11 | Dan Scher | | | Memo_Rights_Offering.DOC | November 3, 2011 memorandum from D. Scher to S. Meza regarding proposed rights offering. | Attorney-Client |
| 1324525 | 1324525 | MSG | 11/03/11 | Mary Burress | amartin@neogenix.com; mezas@gtlaw.com | ryanm@GTLAW.com; parlen@neogenix.com | RE NeogenixSEC $50K retainer invoice. | Chain of emails involving Neogenix and GT discussing GT's retainer. | Attorney-Client |
| 1324527 | 1324527 | MSG | 11/03/11 | Michele Ryan | mgburress@neogenix.com; amartin@neogenix.com; MezaS@gtlaw.com | parlen@neogenix.com | RE NeogenixSEC $50K retainer invoice. | Chain of emails involving Neogenix and GT discussing GT's retainer. | Attorney-Client |

**Neogenix Oncology, Inc. Privilege Log**

| Doc ID | Parent | File Ext | Date | Sender/Author | To | CC | File Name/Email Subject | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1324542 | 1324542 | MSG | 11/03/11 | Dan Scher | bgodbey@gardere.com | MezaS@gtlaw.com; amartin@neogenix.com; parlen@neogenix.com | RE Neogenix D&O Insurance | Chain of emails with attachments involving Neogenix, GT and Gardere requesting Gardere's legal advice and services with respect to D&O insurance and SEC inquiry. | Attorney-Client |
| 1324544 | 1324544 | MSG | 11/03/11 | Dan Scher | amartin@neogenix.com | parlen@neogenix.com | FW Agenda-Word | Chain of emails with attachment among Neogenix officers discussing agenda for board meeting and GT's talking points. | Attorney-Client |
| 1324553 | 1324553 | MSG | 11/03/11 | Dan Scher | amartin@neogenix.com; mezas@gtlaw.com | parlen@neogenix.com | RE Offering | Chain of emails with attachment involving Neogenix and GT requesting GT's legal advice and services with respect to rights offering. | Attorney-Client |
| 1454200 | 1324553 | DOC | 11/03/11 | Dan Scher | | | Memo_Rights_Offering docakm2.doc | November 3, 2011 memorandum from A. Martin to S. Meza regarding proposed rights offering. | Attorney-Client |
| 1324604 | 1324604 | MSG | 11/03/11 | Albine Martin | mezas@gtlaw.com; parlen@neogenix.com; jvp@bfgfinancial.com | | another option with Eisner | Email requesting GT's legal advice and services with respect to Eisner. | Attorney-Client |
| 1324628 | 1324628 | MSG | 11/04/11 | Scott Meza | jvp@bfgfinancial.com; amartin@neogenix.com; parlen@neogenix.com | seg@bfgfinancial.com | Re another option with Eisner | Chain of emails involving Neogenix, GT and BFG discussing GT's legal advice and services with respect to Eisner. | Attorney-Client |
| 1324631 | 1324631 | MSG | 01/31/12 | Phillip Arlen | lkrominga@gmail.com | James Feldman; amartin@neogenix.com; rifkenl@gtlaw.com; mezas@gtlaw.com | RE Neogenix - Harry Scott telephone meeting | Chain of emails involving Neogenix and GT requesting GT's legal advice and services with respect to shareholder letter and resolution of SEC matter. | Attorney-Client |
| 1324643 | 1324643 | MSG | 01/30/12 | Phillip Arlen | James Feldman; lkrominga@gmail.com; amartin@neogenix.com; rifkenl@gtlaw.com; mezas@gtlaw.com | | RE Neogenix - Harry Scott telephone meeting | Chain of emails involving Neogenix and GT requesting GT's legal advice and services with respect to shareholder letter and resolution of SEC matter. | Attorney-Client |
| 1324662 | 1324662 | MSG | 11/04/11 | Jeff Pirone | eric.altstadter@eisneramper.com | amartin@neogenix.com; parlen@neogenix.com; seg@BFGFinancial.com | NeoGenix accounting position | Email between BFG, Neogenix, and Eisner regarding Neogenix's rescission liability. | Work Product |
| 1324742 | 1324742 | MSG | 11/06/11 | Scott Meza | jvp@bfgfinancial.com; parlen@neogenix.com; amartin@neogenix.com | simonj@GTLAW.com | Re SEC correspondance | Chain of emails involving Neogenix, GT and BFG discussing GT's legal advice with respect to SEC correspondence and issues related to finders. | Attorney-Client |
| 1324743 | 1324743 | MSG | 01/27/12 | John Scalia | amartin@neogenix.com | | Myron Arlen Separation Letter.DOC;Myron Arlen Separation Agreement.DOC;Myron Arlen Consulting Agreement.DOC | Email between GT and Neogenix with attachments concerning GT's legal advice and services with respect to Myron Arlen. | Attorney-Client |

**Neogenix Oncology, Inc. Privilege Log**

| Doc ID | Parent | File Ext | Date | Sender/Author | To | CC | File Name/Email Subject | Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| 1324745 | 1324745 | MSG | 01/27/12 | John Scalia | amartin@neogenix.com | | Eric Robinson Separation Letter.DOC;Eric Robinson Separation Agreement.DOC | Email with attachments discussing GT's legal advice and services with respect to Eric Robinson's separation. | Attorney-Client |
| 1324750 | 1324750 | MSG | 11/06/11 | Albine Martin | mgburress@neogenix.com | parlen@neogenix.com | FW Attorneys Fees - D&O Insurance | Chain of emails with attachments among Neogenix's officers discussing Gardere's invoices. | Work Product |
| 1324756 | 1324756 | MSG | 01/27/12 | John Scalia | amartin@neogenix.com | olsone@gtlaw.com | Andy Bristol Separation Letter.DOC;Andy Bristol Separation Agreement.DOC;Bristol Consulting Agreement.DOC | Email with attachments discussing GT's legal advice and services with respect to Andy Bristol's separation. | Attorney-Client |
| 1324760 | 1324760 | MSG | 11/06/11 | Albine Martin | MezaS@gtlaw.com | parlen@neogenix.com | FW NeoGenix Oncology, Inc. - Engagement Letter | Chain of emails with attachments involving Neogenix, GT and Gardere requesting GT's legal advice and services with respect to Gardere's engagement letter. | Attorney-Client |
| 1462112 | 1324760 | PDF | 11/04/11 | Albine Martin | | | 1620_001.pdf | November 4, 2011 engagement letter from Gardere describing requested legal services. | Attorney-Client |
| 1324778 | 1324778 | MSG | 11/07/11 | Dan Scher | amartin@neogenix.com; parlen@neogenix.com | | RE The same question regarding stock options | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to shareholder correspondence and stock options. | Attorney-Client |
| 1324792 | 1324792 | MSG | 11/07/11 | Dan Scher | olsone@gtlaw.com; mezas@gtlaw.com | marjoriem@neogenix.com; parlen@neogenix.com | Maxim Warrant | Email attachment requesting GT's legal advice and services with respect to Maxim. | Attorney-Client |
| 1324794 | 1324794 | MSG | 11/07/11 | Dan Scher | amartin@neogenix.com; parlen@neogenix.com | | RE The same question regarding stock options | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to shareholder correspondence and stock options. | Attorney-Client |
| 1324823 | 1324823 | MSG | 11/07/11 | Jason Simon | amartin@neogenix.com; MezaS@gtlaw.com | JVP@BFGFinancial.com; parlen@neogenix.com | RE Priority for today | Chain of emails involving Neogenix, GT and BFG requesting GT's legal advice and services with respect to Eisner and issues related to finders. | Attorney-Client |
| 1324829 | 1324829 | MSG | 11/07/11 | Albine Martin | olsone@gtlaw.com | MezaS@gtlaw.com; parlen@neogenix.com | RE The same question regarding stock options | Chain of emails involving Neogenix and GT discussing GT's legal advice and services with respect to shareholder correspondence and stock options. | Attorney-Client |
| 1324831 | 1324831 | MSG | 11/07/11 | Albine Martin | simonj@GTLAW.com; MezaS@gtlaw.com | JVP@BFGFinancial.com; parlen@neogenix.com | RE Priority for today | Chain of emails involving Neogenix, GT and BFG requesting GT's legal advice and services with respect to Eisner and issues related to finders. | Attorney-Client |